**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 15, 2023

**BY CM/ECF**
The Honorable Denise L. Cote
United States Circuit Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Calieb Barnes*, **11 Cr. 184-1 (DLC), 16 Civ. 4521 (DLC)**

Dear Judge Cote:

The Government writes to respectfully request a 60-day adjournment of the current briefing schedule set with respect to defendant Calieb Barnes's (the "defendant") motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 (the "Motion"). I have conferred with Darrell Fields, Esq., counsel for the defendant, and he consents to the requested extension of time.

The Government's response to the Motion is currently due August 28, 2023. Under the new proposed schedule, the Government's response would be due October 27, 2023, and the defendant's reply, if any, would be due November 10, 2023. This is the Government's first request for an extension of time in connection with the Motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

*Granted.*
*Denise Cote*
*8/15/23*

cc: Darrell Fields, Esq. (by ECF and email)